IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation, a/s/o Douglas Bailey,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant

## COMPLAINT

COMES NOW Plaintiff, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its attorneys, Beck, Payne, Frank & Piper, P.C., and for its Complaint against Defendant The United States of America ("United States") states & alleges:

## I. General Allegations

1. This action arises under a federal Statute, 28 U.S.C. § 1346(b)(1).

2. Plaintiff State Farm is an Illinois corporation and provides automobile insurance to Colorado drivers.

3. Douglas Bailey is a Colorado resident and owner of a vehicle insured by State Farm on January 17, 2018.

4. On or about January 17, 2018, at or near the intersection of Jefferson Ave. and Sherman St. in Englewood, Arapahoe County, State of Colorado, a vehicle owned and operated by Defendant through its agency, the Department of Homeland Security ("DHS") drove negligently and damaged a vehicle owned and operated by Mr. Bailey and insured by State Farm.

5. John Cieslewicz is a DHS employee, and on January 17, 2018, operated the DHS vehicle that backed into Mr. Bailey's vehicle.

6. At the time of the accident on January 17, 2018, John Cieslewicz was acting within the scope of his employment with DHS.

7. As a result, the vehicle insured by State Farm sustained $4,532.83 worth of damage.

8. To repair the damage, State Farm paid $4,032.83, and its policy holder, Mr. Bailey paid a $500.00 deductible.

9. Plaintiff filed a timely administrative claim ("Notice of Claim") as required by 28 U.S.C. § 2675.

10. Plaintiff sent Notice of Claim on November 25, 2019, which was signed for by Defendant.

11. Over six months have passed since Plaintiff filed its Notice of Claim, and Defendant has not made a final disposition. Defendant offered a partial payment via email on October 15, 2020. Plaintiff considers the claim denied pursuant to 28 U.S.C. § 2675(a).

12. Plaintiff brings this action within six months of the denial as required by 28 U.S.C. § 2401(b).

## II. Claim for Relief – Negligence

13. Plaintiff incorporates paragraphs 1-12 above.

14. At all times relevant herein, Defendant and Mr. Cieslewicz owed a duty of care to State Farm and its insured.

15. Mr. Cieslewicz breached his duty when he drove negligently, as required by law, which led to the accident detailed above in paragraph 4.

16. Defendant United States is liable in this accident under the doctrine of respondeat superior because, at the time of the accident, Mr. Cieslewicz was employed by the Defendant and was acting within the scope of his employment.

17. As a direct and proximate result of this accident, State Farm and its insured suffered damages.

WHEREFORE, Plaintiff respectfully requests judgment against Defendant in an amount to be determined at trial, for attorneys' fees, costs, interest as provided by law, and for such other and further relief as the Court deems proper.

RESPECTFULLY SUBMITTED this 14th day of April, 2020.

                BECK, PAYNE, FRANK & PIPER, P.C.

                s/ Adrian Tilley
                ***Adrian Tilley, #40475***
                Beck, Payne, Frank & Piper, P.C.
                3025 S. Parker Road, Ste. 200
                Aurora, CO 80014
                Telephone: (303) 750-1567
                E-mail: apt@beckpayne.com
                Attorney for Plaintiff State farm